Civil Action No. 16-60211

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* William Morrow

was received by me on *(date)* 2/3/16 .

☒ I personally served the summons on the individual at *(place)* 1637 NE 36 st
Pompano Beach, Fla on *(date)* 2/3/16 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 2—  for travel and $ 3—  for services, for a total of $ 60.00 .

I declare under penalty of perjury that this information is true.

Date: 2/3/16

Server's signature

Eddy Tram
Printed name and title

[Server's address]
Server's address

Additional information regarding attempted service, etc: