UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 16-60211-CIV-GAYLES/TURNOFF

LIONAL DALTON,

    Plaintiff,

v.

ANDREWS LABORATORIES AND
PHARMACEUTICALS, INC. d/b/a
DAVID'S PHARMACY,

    Defendant.
_____/

**NOTICE OF COURT PRACTICE UPON**
**NOTICE OF SETTLEMENT AND ORDER CLOSING CASE**

**THIS CAUSE** comes before the Court upon the Plaintiff's Notice of Settlement [ECF No. 12], which indicates that this matter has settled in full. Based thereon,

**THE PARTIES** are hereby notified that, within thirty (30) days of the date of this Order, they must file a Stipulation or Notice of Dismissal and/or Settlement Agreement along with any other pertinent document necessary to conclude this action.  It is further

**ORDERED AND ADJUDGED** that this action is **CLOSED** for administrative purposes, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24th day of March, 2016.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE